IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

N.A., A MINOR, BY HIS PARENTS, D.A.
AND L.A.,
I.T., A MINOR, BY HIS PARENTS, C.T. AND
J.T.,
ON THEIR OWN BEHALF, AND ALL
OTHERS SIMILARLY SITUATED

10cv01366
**ELECTRONICALLY FILED**

        Plaintiffs,

    v.

GATEWAY SCHOOL DISTRICT,

        Defendant.

## Order of Court

And now, this 17th day of May, 2011, for the reasons set forth in the foregoing Memorandum Opinion, it is HEREBY ORDERED as follows:

(1) Defendant's motion to dismiss (doc. no. 8) is GRANTED;

(2) Defendant's motion to strike is DENIED as moot;

(3) The amended complaint is DISMISSED without prejudice for plaintiffs to pursue administrative remedies; and,

(4) The Clerk shall mark the docket closed.

                                              s/Arthur J. Schwab
                                              Arthur J. Schwab
                                              United States District Judge

cc:    All Registered ECF Counsel and Parties